No. 95–2080.  ZUCKER v. QUASHA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–2081.  WILLIAMS v. SAN GORGONIO FARMS, INC.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 95–2083.  CHERRY HILLS RESORT DEVELOPMENT CO. v. CITY OF CHERRY HILLS VILLAGE.  Ct. App. Colo.  Certiorari denied.

No. 95–2084.  CHAKALES ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.

No. 95–2085.  DURKIN ET AL. v. MAJOR LEAGUE BASEBALL ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–2086.  BRODERICK v. UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 95–2087.  MCCARTHY ET AL. v. RECORDEX SERVICES, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–2089.  STROBRIDGE v. NEW YORK ET AL.  C. A. 2d Cir. Certiorari denied.

No. 95–2092.  FARUQUI v. CALIFORNIA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 95–2094.  DEAN WITTER REYNOLDS INC. v. HARRISON ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 95–2095.  SEROT v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied.

No. 95–8311.  JONES v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 95–8319.  OGDEN v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 95–8346.  GARZA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.